Commonwealth ex rel. Dennis, Appellant, *v.*
Myers.

Submitted March
21, 1966. *Eddie Dennis*, appellant, in propria persona;
*Donald C. Marino* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney,
for appellee.
Order affirmed.

Commonwealth ex rel. Fear, Appellant, *v.*
Myers.

Submitted March 14,
1966. *James Hoey Fear*, appellant, in propria persona;
*Herbert A. Schaffner*, Assistant District Attorney, and
*LeRoy S. Zimmerman*, District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Goldberg *v.* Goldberg,
Appellant.

Argued March 21, 1966. *Morris Paul
Baran*, with him *Harry D. Sporkin*, and *Sporkin and
Baran*, for appellant; *I. Leonard Hoffman*, with him
*Charles R. Weiner*, and *Weiner, Basch, Lehrer & Cheskin*, for appellee.
Order affirmed.

Commonwealth ex rel. Goldberg *v.* Goldberg,
Appellant.